UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

FILED
VANESSA L. ARMSTRONG, CLERK

APR 21 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Melissa Rhea
_____

name of plaintiff(s)

v.                                    Civil Case No. 5:14CV-78-R

Advanced Pain Care clinic
200 clinic dr.
madisonville, Ky. 42431

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   I Cannot find an attorney who is willing to take this case so I choose to rePresent myself

2. Plaintiff, Melissa Rhea _____ resides at
   2001 S. 28th street _____ , Paducah
   street address                                              city
   mccracken       Ky.    , 42003, 270 534-5969
   county          state    zip code   area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

   _____
   _____
   _____

3. Defendant, <u>advanced Pain care</u> lives at, or its business is located at <u>200 clinic Dr.</u>,
street address

<u>Madisonville</u>, <u> </u>, <u>KY.</u>,
city     county     state

<u>42431.1661</u>
zip code

(if more than one defendant, provide the same information for each defendant listed above):
<u>Advanced Pain care clinic</u>

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I melissa Rhea was a Patient at advanced Pain Care clinic. I never seen them take new needles out of the packages like they are suppose to. One day the dr dropped a needle on the floor Picked it up and stuck me with it anyway. Upon giving these injections they never sedated me like they are suppose to I now have suffered with 3 bouts of staph infection boils on my buttocks both sides. I feel that I'm entitled to Pain and suffering.

5. Prayers for Relief (list what you want the Court to do):

   a. I'm asking for 80,000 dollars for Pain and Suffering.

   b. This clinic is so unsanitary and not clean at all Shut it down

   c. _____

   d. _____

6. Request for a Jury Trial    ✓ IF necessary    _____
                                  yes                   no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __18th__ day of __April__, 19__2014__.

_Melissa Rhea_
(signature of plaintiff(s))

Case 5:14-cv-00078-TBR   Document 1   Filed 04/21/14   Page 4 of 4 PageID #: 4